**No. P68/271.**—Air Sea Forwarders and Wholesale Business Machines *v.* United States, protests 63/8194 and 63/9617 (Los Angeles).

FORD, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of calculating machines similar in all material respects to those the subject of *United States* v. *Air-Sea Forwarders, Wholesale Business Machines* (54 CCPA 67, C.A.D. 907), the claim of the plaintiffs was sustained.